# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY, KANSAS

| | |
|---|---|
| CERITA SOMRAK, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WALMART, INC., )<br>)<br>Defendant. ) | Case No. 20-2642-KHV-TJJ |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE, that Brad Pistotnik Law, P.A. has a new firm name and email address as of March 10, 2021 and is as follows:

> Bull Attorneys, P.A.
> brad@bullattorneys.com
> tony@bullattorneys.com
> bill@bullattorneys.com
> jay@bullattorneys.com
> corey@bullattorneys.com
> adrianna@bullattorneys.com
> liberty@bullattorneys.com
> cassie@bullattorneys.com

The firm's telephone numbers, address and facsimile number remain the same.

**BULL ATTORNEYS, P.A.**

*/s/ William L. Barr, Jr.*
William L. Barr, Jr., #26775
10111 E. 21st Street, Suite 204
Wichita, Kansas 67206
316-684-4400/ Fax: 316-684-4405
bill@bullattorneys.com
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed with the Clerk of the Court using the CM/ECF system, thereby giving notice to counsel of record on this 10th day of March, 2021.

Anna M. Berman
Isaac W. Straub
William H. Henderson
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
816-960-0090 (office); 816-960-0041 (fax)
anna.berman@kutakrock.com
isaac.straub@kutakrock.com
william.henderson@kutakrock.com
*Attorneys for Defendant*

                                          */s/ William L. Barr, Jr.*
                                          William L. Barr, Jr., #26775